**In the Matter of GLEN EAGLE SQUARE, INC.**

**Civ. A. No. 91–3327.
Bankruptcy No. 91–10796S.**

United States District Court,
E.D. Pennsylvania.

Sept. 23, 1991.

### ORDER

DITTER, District Judge.

AND NOW, this 23rd day of September, 1991, it is hereby ordered that:

1. Defendant Meehan–Weinmann, Inc.'s motion for leave to appeal is granted.

2. Defendant Meehan–Weinmann, Inc.'s appeal is denied, and the order of the Bankruptcy Court dated September 5, 1991, denying Meehan–Weinmann, Inc.'s demand for a jury trial is hereby affirmed.